[No. 12219.   Department Two.   December 22, 1914.]

THE STATE OF WASHINGTON, *Respondent*, v. S. P. GARNESS, *Appellant*.[1]

Appeal from a judgment of the superior court for King county, Mackintosh, J., entered April 6, 1914, upon a trial before the court, a jury being waived, and a conviction of a misdemeanor in violating the act relating to building and loan associations. Affirmed.

*John W. Roberts* and *Howard O. Durk*, for appellant.
*John F. Murphy* and *H. B. Butler*, for respondent.

PER CURIAM.—This case is in all respects the same as the case of *State v. Merrill*, *ante* p. 8, 144 Pac. 925, except that the corporation attempting to do business in this state is a corporation of the state of Alabama instead of British Columbia. The method of conducting business in this state was the same method pursued as stated in the other case; and the character of business was also the same. The appellant was convicted upon substantially the same evidence and has appealed from a judgment imposing a fine of $1 and costs. For the reasons stated in the case of *State v. Merrill*, the judgment in this case is affirmed.

---

[No. 12404.   January 13, 1915.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHN G. JOHNSON, *Respondent*.[2]

Appeal from a judgment of the superior court for Mason county, Claypool, J., entered May 4, 1914, dismissing as insufficient an information for taking oysters from state oyster land reserves. Reversed.

*R. A. Lathrop*, for appellant.

PER CURIAM.—Appeal by the state from a judgment dismissing an information and discharging the accused upon the ground that the information did not state facts sufficient to constitute a crime. The defendant in this case is the same as in *State v. Johnson*, 82 Wash. 347, 144 Pac. 57, and the appeal raises the identical question passed upon in that case. Upon the authority of that case, and for the reasons therein stated, the judgment is reversed.

[1]Reported in 144 Pac. 929.
[2]Reported in 145 Pac. 1167.